**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:99-cr-00064-HDM-PHA-2 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| DALE WARD, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, have filed a motion to withdraw (#383) as defendant's counsel of record. The court received and reviewed the reduction of sentence report on defendant prepared by probation. The report concludes defendant is ineligible for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2), Amendment 782, and pursuant to U.S.S.G. § 1B1.10, effective November 1, 2014, as he was sentenced to the statutorily required sentence of Lifetime imprisonment.

The court appointed defendant counsel to determine whether he qualifies for a reduction of sentence. Based upon probation's report, counsel does not intend to file a motion for a reduction. The court

1

will therefore grant the motion to withdraw.

Prior to the appointment of counsel, defendant filed a motion for sentence reduction under Amendment 782. The court does not find a response from the United States Attorney's office is necessary for a ruling on defendant's motion. Defendant was sentenced to the statutorily required sentence of Lifetime imprisonment and is therefore ineligible for a sentence reduction under the amendment.

Accordingly, defendant's motion to withdraw (#383) is **GRANTED**.

Furthermore, defendant's motion for sentence reduction under Amendment 782(#380) is **DENIED.**

IT IS SO ORDERED.

DATED: This 21st day of October, 2015.

_____
UNITED STATES DISTRICT JUDGE

2