**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:99-cr-00064-HDM-VPC-2 |
| | ) | 3:16-cv-00054-HDM |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| DALE W. WARD, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Before the court is defendant Dale W. Ward's petition for relief under 28 U.S.C. § 2255 filed on February 4, 2016(#386).

On November 8, 2000, a third superseding indictment was issued charging defendant with conspiracy to possess with intent to manufacture, to manufacture and possess with intent to distribute methamphetamine, manufacture of methamphetamine, possession with intent to distribute methamphetamine, possession of a listed chemical with intent to manufacture methamphetamine, establishment of methamphetamine manufacturing operations, and aiding and

1

1  abetting(#137). After a plea of not guilty, the defendant was found
2  guilty on all counts of the third superseding indictment (#238). On
3  February 12, 2002, a judgment of conviction was entered and defendant
4  was sentenced to life imprisonment without release (#238).

5       On March 27, 2003, the defendant filed a petition for relief
6  under 28 U.S.C. § 2255 (#269). Following a response from the
7  government and a reply from defendant, the court denied defendant's
8  motion on March 14, 2005 (##321, 322). Defendant requested a
9  certificate of appealability on the court's order, which was denied
10 (##331, 332, 338). Defendant appealed, and on January 26, 2006, the
11 Ninth Circuit denied defendant a certificate of appealability (#362).

12      Pursuant to 28 U.S.C. § 2255, a federal inmate may move to vacate,
13 set aside, or correct his sentence if: (1) the sentence was imposed
14 in violation of the Constitution or laws of the United States; (2) the
15 court was without jurisdiction to impose the sentence; (3) the
16 sentence was in excess of the maximum authorized by law; or (4) the
17 sentence is otherwise subject to collateral attack. 28 U.S.C.
18 § 2255(a). Where the defendant has previously filed a § 2255
19 petition, a second or successive § 2255 petition cannot be considered
20 by the district court absent a certificate from the Court of Appeals
21 authorizing it to do so. 28 U.S.C. § 2255(h); 28 U.S.C. § 2244;
22 *United States v. Washington*, 653 F.3d 1057, 1065 (9th Cir. 2011).

23      As the defendant has previously filed a § 2255, the instant
24 motion is a second or successive petition. Accordingly, as the Ninth
25 Circuit has not authorized the filing of a second or successive § 2255
26 petition in this case, the court is without jurisdiction to consider
27 it and the motion (#386) is therefore **DENIED**. The defendant's motion
28 to proceed *in forma pauperis* (#387), motion for appointment of counsel

2

(#388), and request for leave to file an exhibit (#389) are **DENIED AS MOOT**.

IT IS SO ORDERED.

DATED: This 17th day of February, 2016.

_Howard D. McKibben_
UNITED STATES DISTRICT JUDGE