**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:99-cr-00064-HDM-VPC |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| DALE W. WARD, | ) | |
| Defendant. | ) | |

Before the court is pro se defendant's motion to alter or amend judgment (#392), the government's response (#393), and defendant's reply (#394). The court construes defendant's motion as a motion to reconsider the court's order of February 17, 2016 denying defendant's motion for relief under 28 U.S.C. § 2255 (#391) and **DENIES** the motion (#392).

IT IS SO ORDERED.

DATED: This 6th day of April, 2016.

_____
UNITED STATES DISTRICT JUDGE

1