UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 3:99-cr-00064-HDM |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| DALE WARD, | |
| Defendant. | |

Defendant Dale Ward has filed a motion for extension of time to file a complete reply (ECF No. 414), along with a motion for leave to file an initial partial reply (ECF No. 415). Good cause appearing, the defendant's motion for leave to file an initial partial reply (ECF No. 415) and motion for extension of time (ECF No. 414) are GRANTED. The defendant shall have until December 5, 2022, to file a complete reply.

The defendant's motion for reconsideration (ECF No. 413) and emergency motion for substitute counsel (ECF No. 417) are hereby DENIED.

IT IS SO ORDERED.

DATED: This 4th day of October, 2022.

_____
UNITED STATES DISTRICT JUDGE