UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>   v.<br>DALE WARD,<br><br>                Defendant. | Case No. 3:99-cr-00064-HDM<br><br>ORDER |

To facilitate the court's decision on whether to grant relief to the defendant on his motion for compassionate release (ECF No. 407), which would reduce his penalty to a term less than life imprisonment, the court requests that the Probation Department provide the court with the following: (1) a recommendation as to an appropriate sentence, applying the current guidelines and statutory law, pursuant to *United States v. Chen*, 48 F.4th 1092, 1098 (9th Cir. 2022) ("[D]istrict courts may consider non-retroactive changes in sentencing law, in combination with other factors particular to the individual defendant, when analyzing extraordinary and compelling reasons for purposes of § 3582(c)(1)(A)."); and (2) a recommendation on the length and conditions of supervised release. The department shall provide its recommendations to the court and to the parties no later than May 9, 2023.

A telephonic hearing, with counsel, on the defendant's motion is set for Wednesday, May 24, 2023, at 10 a.m.

1  Participants shall call AT&T no later than five minutes prior to
2  the hearing at 1 (877) 336-1839 and provide Access Code 3246567
3  with Security Code 0524.
4      IT IS SO ORDERED.
5      DATED: This 25th day of April, 2023.

*Howard D. McKibben*
_____
UNITED STATES DISTRICT JUDGE